

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT DORSEY,

    Defendant.

Criminal Action No. 23-91-UNA



UNSEALED 11/9/23 LH

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### COUNT ONE

On or about September 20, 2023, in the District of Delaware, **ROBERT DORSEY**, defendant herein, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Polymer 80 Inc Privately Made Firearm (PMF), 9mm handgun with no serial number, to Person-1, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Person-1 would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

#### COUNT TWO

On or about October 3, 2023, in the District of Delaware, **ROBERT DORSEY**, defendant herein, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit: (1) a Smith & Wesson M&P 40 M2.0, .40 caliber handgun with serial number NKF8770; and (2) a Smith & Wesson Model 13, .357 magnum caliber revolver with serial number 2D84641, to Person-1, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Person-1 would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT THREE

On or about September 20, 2023, in the District of Delaware, **ROBERT DORSEY**, defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Polymer 80 Inc. Privately Made Firearm (PMF), 9mm with no serial number, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

On or about October 3, 2023, in the District of Delaware, **ROBERT DORSEY**, defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce firearms and ammunition, to wit: (1) a Smith & Wesson M&P 40 M2.0, .40 caliber handgun with serial number NKF8770; (2) a Smith & Wesson Model 13, .357 magnum caliber revolver with serial number 2D84641; (3) eleven rounds of .40 caliber ammunition; and (4) five rounds of .357 ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIVE

On or about September 20, 2023, in the District of Delaware, **ROBERT DORSEY**, defendant herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c).

## NOTICE OF FORFEITURE FOR COUNTS ONE, TWO, THREE, AND FOUR

Upon conviction of the offenses in violation of 18 U.S.C. §§ 933(a)(1) and 922(g)(1) set forth in Counts One through Four of this Indictment, defendant, **ROBERT DORSEY**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

a. Smith & Wesson M&P 40 M2.0, .40 caliber handgun with serial number NKF8770;
b. Smith & Wesson Model 13, .357 magnum caliber revolver with serial number 2D84641;
c. Privately Made Firearm (PMF) Polymer 80 Inc., 9mm with no serial number ;
d. Eleven (11) rounds of .40 caliber ammunition;
e. Five (5) rounds of .357 ammunition.

## NOTICE OF FORFEITURE FOR COUNT FIVE

Upon conviction of the offense in violation of 21 U.S.C. § 841 set forth in Count Five of this Indictment, defendant **ROBERT DORSEY**, shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses  The property to be forfeited includes, but is not limited to, the following:

f. Smith & Wesson M&P 40 M2.0, .40 caliber handgun with serial number NKF8770;
g. Smith & Wesson Model 13, .357 magnum caliber revolver with serial number 2D84641;
h. Privately Made Firearm (PMF) Polymer 80 Inc., 9mm with no serial number ;
i. Eleven (11) rounds of .40 caliber ammunition;
j. Five (5) rounds of .357 ammunition

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL.

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Samuel S. Frey
Assistant United States Attorney

Dated: November 7, 2023