**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal Action No. 23-91 (RGA)<br>ROBERT DORSEY, )<br>)<br>Defendant. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE** withdraw the appearance of Assistant United States Attorney Claudia L. Pare as one of the attorneys of record on behalf of the United States of America. Assistant United States Attorney Samuel S. Frey remains counsel of record on this matter.

    Respectfully submitted,

    SHANNON T. HANSON
    Acting United States Attorney

BY: */s/ Claudia L. Pare*
    Claudia L. Pare
    Assistant United States Attorney

Dated:   January 21, 2025